IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 20-30213 |
| CHARLIE R. BLACKMON and ) | |
| DELVET L. BLACKMON, ) | |
| ) | Chapter 13 |
| Debtors. ) | |

**OBJECTION TO NOTICE OF POST-PETITION
MORTGAGE FEES, EXPENSES AND CHARGES**

COME NOW the Debtors, Charlie and Delvet Blackmon, by and through their attorney, J.D. Graham, and for their Objection to Notice of Post-Petition Mortgage Fees, Expenses and Charges states as follows:

1. On February 28, 2020, the Debtors filed for relief under Chapter 13 of the Bankruptcy Code.

2. On January 21, 2022, US Bank National Association filed a Notice of Post-Petition Mortgage Fees, Expenses and Charges ("Notice") with the Court in the amount of $500.00 for the following:

   - $500.00        Attorney Fees

3. The attachment to said Notice indicates these attorney fees are for "Attendance at Hearing" dated August 5, 2021, and "Attendance at Hearing" dated September 30, 2021. Additionally, the attachment to the Notice indicates the "Total Fees/Costs Prev. Billed" was $750.00.

4. A review of the Court's docket indicates there were no hearings on August 5, 2021, or September 30, 2021, in this case. Additionally, no previous Notice has been filed in this case requesting fees. As such, the Debtors request an itemization detailing what these fees are being charged for and when the charges were incurred, to ensure the

Notice was served within 180 days after the date on which the fees were incurred pursuant to Bankruptcy Rule 3002.1 and to ensure US Bank National Association is not collecting fees from the Debtors that were not previously allowed by the Court.

    WHEREFORE, Debtors pray for an Order from this Court disallowing the Notice of Post-Petition Fees, Expenses, and Charges filed on January 21, 2022, and granting leave for US Bank National Association to file a new Notice within twenty-one (21) days to include a detailed itemization detailing the fees being charged and when they were incurred, and for such other relief as the Court deems just and proper.

                                        CHARLIE & DELVET BLACKMON,

                                        By:  /s/ J.D. Graham
                                        J.D. Graham, #06211732
                                        Attorney for Debtors
                                        J.D. Graham, P.C.
                                        #1 Eagle Center, Ste. 3A
                                        O'Fallon, IL 62269
                                        618-235-9800
                                        618-235-9805 fax
                                        jd@jdgrahamlaw.com

Proof of Service

The undersigned hereby certifies that a copy of the foregoing instrument was served upon the persons listed below that were not noticed electronically by first class mail, postage prepaid this 27th day of January 2022.

/s/ Jennifer Schweiger

US Bank National Association
c/o Molly Slutsky Simons
Sottile & Barlie
394 Wards Corner Rd., Ste. 180
Loveland, OH 45140