IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE: Charlie R Blackmon '
      Delvet L Blakmon '
                                          '   Case No. 20-30213
                                          '

        Debtor(s)

## CHAPTER 13 PLAN MODIFICATION

   A Supplemental Claim was filed increasing the amount of the Debtor(s)' On-Going mortgage payment to $1,976.46, no timely objection to this payment change has been filed by the Debtor(s).

   Thus, the new plan payment amount required by the Debtor shall increase to $3,491.96 effective with the April 2022 plan payment and the base amount of the Debtor(s)' Chapter 13 Plan shall increase by the total amount of $2,025.80.

   The Debtor(s)' are hereby ORDERED to increase their plan payment to $3,491.96 with the April 2022 plan payment.

   All remaining terms and conditions of the Debtor(s)' current Plan remain in full force and effect, as the sole purpose of this modification is to effectuate the payment change in the amount of the Debtor(s) on-going mortgage payment.

      Respectfully submitted on this the April 5, 2022.

                                                         /s/Russell C. Simon
                                                        RUSSELL C. SIMON
                                                        Chapter 13 Trustee
                                                        24 Bronze Pointe
                                                        Swansea, IL. 62226
                                                        Telephone: (618) 277-0086
                                                        Telecopier: (618) 234-0124

## Certificate of Service

      I hereby certify that a true and correct copy of the above and foregoing Chapter 13 Plan Payment Modification to Reflect Change in Ongoing Mortgage Payments was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Tuesday, April 5, 2022.

                                                          /s/Rebecca

Charlie R Blackmon
Delvet L Blackmon
1771 Shade Tree Ct
Swansea, IL 62226

.J D GRAHAM
1 EAGLE CENTER STE 3A
OFALLON, IL 62269

US BANK NA
C/O RUSHMORE LOAN MANAGEMENT SERVICES
P. O. BOX 52708
IRVINE, CA 92619

RUSHMORE LOAN MANAGEMENT SERVICES
P. O. BOX 55004
IRVINE, CA 92619-2708

SOTTILE & BARILE ATTORNEYS AT LAW
394 WARDS CORNER RD STE 180
LOVELAND, OH 45140