**Fill in this information to identify the case:**

Debtor 1: Charlie R Blackmon

Debtor 2: Delvet L Blackmon
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Illinois
(State)

Case number: 20-30213-lkg

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 14-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 2 0 3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 8/5/2021 and 9/30/2021 | (3) | $ 500.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:___ | | (10) | $ |
| 11. Other. Specify:___ | | (11) | $ |
| 12. Other. Specify:___ | | (12) | $ |
| 13. Other. Specify:___ | | (13) | $ |
| 14. Other. Specify:___ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    **Charlie R Blackmon**      Case number *(if known)* **20-30213-lkg**
First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons      Date 1 / 21 / 2022
Signature

Print: **Molly Slutsky Simons**      Title **Attorney for Creditor**
First Name   Middle Name   Last Name

Company **Sottile & Barile, Attorneys at Law**

Address **394 Wards Corner Road, Suite 180**
Number   Street
**Loveland, OH 45140**
City   State   ZIP Code

Contact phone ( 513 ) 444 – 4100      Email **bankruptcy@sottileandbarile.com**

| | | | | | |
|---|---|---|---|---|---|
| **Vendor** | Manley Deas & Kochalski, LLC | **Regarding:** | BLACKMON CHARLIE R | **Invoice Number:** | |
| **Address:** | 1555 Lake Shore Drive | | 1771 SHADE TREE COURT | **Invoice Status:** | ACH Confirmed (Exc) |
| | Columbus, OH 43204-3825 | | SWANSEA, IL 62226 | **Loan No.:** | |
| **Payee Code:** | ATMANLEY | | | **Loan Type:** | FHA |
| **Vendor Contact:** | MDK IM Automation | | | **Acquistion Date:** | |
| **Vendor Ref #:** | 21-002787 | | | **Type:** | Judicial |
| **Servicer:** | Rushmore Loan Management Services, LLC - (102) | | | **Referral Date :** | 10/4/2019 |
| | | | | **Loan Location:** | |
| **Inv. ID / Cat. ID** | | | | **FHA#** | |
| **Investor Name** | | | | **Submitted Date:** | 8/9/2021 |
| **Invoice ID** | | | | **Vendor Invoice Date:** | 8/6/2021 |
| **Litigation Status Code:** | | | | **Paid In Full Date:** | N/A |
| | | | | **Foreclosure Removal Date:** | N/A |
| **Man Code:** | B | | | **MS Status:** | N/A |
| **Milestone fee allowed:** | $1,610.00 | | | **Relief Requested Date:** | N/A |
| | | | | **Protection Begin Date:** | N/A |
| | View all events | | | **Protection End Date:** | N/A |

**Original Mortgage Amount:**   $184,324.00

**Foreclosure - Foreclosure Services**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | ACH Requested | ACH Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 08/09/2021 | 08/17/2021 | 08/17/2021 | | 08/17/2021 | 08/17/2021 | 08/19/2021 | 9 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $250.00 | Invoicing Prev. Billed: | $500.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | |
| **Totals** | Inv Amt: | $250.00 | Prev. Billed: | $500.00 | Loan Total Fees/Costs Prev.Billed: | $500.00 | Exc Ord Allw: |

**Fees**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Attendance at Hearing | 08/05/21 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

Note: Recoverable Appearance at Hearing (OTA) - FC Appearance at Hearing (OTA) - FC Approved for $250.00 on 7/30/2021 by Lakecia Williams

| | | | |
|---|---|---|---|
| | Total: | $250.00 | $0.00 | $250.00 |
| | Invoice Total: | $250.00 | $0.00 | $250.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Vendor** | Manley Deas & Kochalski, LLC | **Regarding:** | BLACKMON CHARLIE R | **Invoice Number:** | ▮▮▮▮ |
| **Address:** | 1555 Lake Shore Drive | | 1771 SHADE TREE COURT | **Invoice Status:** | ACH Confirmed |
| | Columbus, OH 43204-3825 | | SWANSEA, IL 62226 | **Loan No.:** | ▮▮▮▮ |
| **Payee Code:** | ATMANLEY | | | **Loan Type:** | FHA |
| **Vendor Contact:** | MDK IM Automation | | | **Acquistion Date:** | |
| **Vendor Ref #:** | 21-002787 | | | **Type:** | Judicial |
| **Servicer:** | Rushmore Loan Management Services, LLC - (102) | | | **Referral Date :** | 10/4/2019 |
| | | | | **Loan Location:** | |
| **Inv. ID / Cat. ID** | ▮▮▮▮ | | | **FHA#** | ▮▮▮▮ |
| **Investor Name** | ▮▮▮▮▮▮▮▮▮▮ | | | **Submitted Date:** | **10/19/2021** |
| **Invoice ID** | ▮▮▮▮ | | | **Vendor Invoice Date:** | 10/18/2021 |
| **Litigation Status Code:** | | | | **Paid In Full Date:** | N/A |
| **Man Code:** | B | | | **Foreclosure Removal Date:** | N/A |
| | | | | **MS Status:** | N/A |
| **Milestone fee allowed:** | $1,610.00 | | | **Relief Requested Date:** | N/A |
| | | | | **Protection Begin Date:** | N/A |
| | View all events | | | **Protection End Date:** | N/A |

**Original Mortgage Amount:**    $184,324.00

### Foreclosure - Foreclosure Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | ACH Requested | ACH Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 10/19/2021 | 10/20/2021 | 10/20/2021 | | 10/20/2021 | 10/20/2021 | 10/22/2021 | 2 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Fees** | Total: | $250.00 | Invoicing Prev. Billed: | $750.00 | Exc. Loan Allow: | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | |
| **Totals** | Inv Amt: | $250.00 | Prev. Billed: | $750.00 | **Loan Total Fees/Costs Prev.Billed:** $750.00 | Exc Ord Allw: |

**Fees**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Attendance at Hearing | 09/30/21 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note:** Recoverable Appearance at Hearing (OTA) - FC Appearance at Hearing (OTA) - FC Approved for $250.00 on 10/15/2021 by Lakecia Williams

| | | | | Total: | $250.00 | $0.00 | $250.00 |
| | | | | Invoice Total: | $250.00 | $0.00 | $250.00 |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| In Re: | Case No. 20-30213-lkg |
| Charlie R Blackmon<br>  *aka* Charlie Richard Blackmon<br>  *aka* Charlie Blackmon<br>  *aka* Charlie R Blackmon, II<br>  *aka* Chucky Blackmon<br>Delvet L Blackmon<br>  *aka* Delvet Latrese Blackmon<br>  *aka* Delvet Blackmon | Chapter 13 |
| Debtors. | Hon. Judge Laura K. Grandy |

**CERTIFICATE OF SERVICE**

Attached is a courtesy copy for your records of the Notice of Postpetition Mortgage Fees, Expenses, and Charges which was entered in the case herein.

The undersigned certifies that this document was served electronically through the Court's electronic mailing system pursuant to the notice generated by the Court on January 21, 2022 to the following parties:

TO TRUSTEE:  Russell C. Simon at simontrustee@yahoo.com
TO DEBTOR'S COUNSEL:  Jerry D Graham, Jr at court@jdgrahamlaw.com

The Notice of Postpetition Mortgage Fees, Expenses, and Charges was further serviced by mailing, postage prepaid in the United States Mail, using first-class postage to the following parties:

TO DEBTOR: Charlie R Blackmon, at 1771 Shade Tree Ct, Swansea, IL 62226
TO DEBTOR: Delvet L Blackmon, at 1771 Shade Tree Ct, Swansea, IL 62226

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com

_____
Attorney for Creditor